Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
DEROME SCOGGINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEROME SCOGGINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:24-CV-00974-CKD<br><br>**MOTION FOR 30-DAY BRIEFING EXTENSION; ORDER** |

On April 1, 2024, Plaintiff Derome Scoggins filed the above-referenced action seeking judicial review of the defendant Commissioner of Social Security's denial of his claim for Social Security disability benefits. (ECF Doc. 1) The defendant responded to Plaintiff's Complaint on May 31, 2024. (ECF Doc. 10). Plaintiff's motion for summary judgment is currently due to be filed no later than July 1, 2024. (ECF Doc. 5, p. 2:12-13)

Pursuant to the Court's Scheduling Order, Plaintiff HEREBY MOVES for an extension of thirty (30) days to file his motion for summary judgment. (ECF Doc. 5, p. 2:24-25) This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension due to

conflicting filing deadlines in other matters and to effectively advocate for Plaintiff as Plaintiff's counsel was not involved at the administrative level and a close review of the administrative record concerning Plaintiff's medical issues and vocational background is necessary and required. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."].

On June 26, 2024, counsel for the Defendant informed Plaintiff's counsel by email that the Commissioner of Social Security has no objection to the requested extension and does not oppose Plaintiff's motion.

Respectfully submitted,

Dated: June 26, 2024                NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      DEROME SCOGGINS

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of thirty (30) days to file his Opening Brief. The Opening Brief shall now be filed on or before July 31, 2024, and all corresponding deadlines are modified accordingly.

Dated:  June 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE