Melissa Newel (CA SB#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
DEROME SCOGGINS

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI (CA SB#216963)
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland  21235
(510) 970-4810
Mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEROME SCOGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No.  2:24-CV-00974 (CKD)<br><br>**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

1       IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2  attorneys, subject to the approval of the Court, that Derome Scoggins (Plaintiff) be awarded
3  attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the amount
4  of seven thousand nine hundred and eighty-six dollars and eighty-four cents ($7,986.84). This
5  represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6  connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

7       After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10 attorney fees are subject to any offset allowed under the United States Department of the
11 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12 determine whether they are subject to any offset.

13      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14 that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees
15 approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"),
16 pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to
17 Plaintiff's counsel via electronic transfer or check.

18      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19 attorney fees and costs and does not constitute an admission of liability on the part of Defendant
20 under EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from,
21 and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA
22 attorney fees and expenses in connection with this action.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

                                                  Respectfully submitted,

Dated: October 24, 2024                    NEWEL LAW

                                    By:   *Melissa Newel*
                                              Melissa Newel
                                              Attorney for Plaintiff
                                              DEROME SCOGGINS

Dated: October 24, 2024                    PHILLIP A. TALBERT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Associate General Counsel
                                              Office of Program Litigation, Office 7
                                              Social Security Administration

                                    By:   Mary Tsai*
                                              MARY TSAI
                                              (*Authorized by email dated 10/23/2024
                                              Special Assistant U.S. Attorney
                                              Attorneys for Defendant

**ORDER**

The parties' stipulation (ECF No. 18) is GRANTED. IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, attorney fees in the amount of seven thousand nine hundred and eighty-six dollars and eighty-four cents ($7,986.84) be awarded subject to the terms of the Stipulation.

Dated: October 29, 2024

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE